IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GEORGE M. RICHARDSON,

    Plaintiff,

v.                                            CASE NO. 1:08-cv-5-SPM-AK

STATE OF FLORIDA, et al.,

    Defendants

_____/

## ORDER

    This cause is before the Court on Plaintiff's amended complaint against the State of Florida and others for violation of his civil rights and the ADA.  Doc. 5.  It appears that the majority of the alleged improper acts by Defendants occurred in Tallahassee, Florida.  Rule 3.1(C) of the Local Rules for the Northern District of Florida provides that a case in which venue properly lies in this district may be transferred to another division by order of the Court.  While Plaintiff says that he was forced to file suit in the Gainesville Division because the "U.S. District Courthouse in Tallahassee is NOT A.D.A. Compliant, and he suffers many barriers to access," for now, Plaintiff can simply continue as he has done before and mail everything to the Court, so that access is not an issue.

    Accordingly, it is **ORDERED**:

    That the Clerk of Court shall forthwith **TRANSFER** this action to the Tallahassee Division of this Court for all further proceedings.

    **DONE AND ORDERED** this  *8th*  day of May, 2008.

                                              *s/ A. KORNBLUM*
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**